UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60001-CR-Cooke(s)(s)(s)(s)

UNITED STATES OF AMERICA,
Plaintiff

v.

KIFAH WAEL JAYYOUSI,
Defendant

_____/

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant, KIFAH WAEL JAYYOUSI, has requested that the ORDER SETTING CONDITIONS OF RELEASE be modified to specifically authorize the supervising probation officer to allow certain activities not set out in the ORDER SETTING CONDITIONS OF RELEASE, at the probation officer's discretion. Defendant has also requested that this Court specifically authorize the probation officer to exercise his discretion to allow Defendant to engage in fundraising activities so long as they are related to obtaining funds for his legal defense. There appears to be no active opposition to this request from the government, and the request appears to be related to the purposes for which this Court ordered Defendant's release, that is, to allow him to assist in the preparation of his defense in an orderly manner. Therefore,

IT IS HEREBY ORDERED, that the ORDER REVOKING DETENTION AND SETTING CONDITIONS OF RELEASE shall be MODIFIED as follows:



The condition of release requiring Defendant to be confined in his home except for legal, medical, religious and working purposes is hereby modified to add the following language, "The supervising probation officer shall have the authority to approve additional activities at his discretion."

All other provision of the ORDER REVOKING DETENTION AND SETTING CONDITIONS OF RELEASE not inconsistent with this ORDER shall remain in full force and effect.

MARCIA G. COOKE, JUDGE
UNITED STATES DISTRICT COURT