UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60001-CR-Cooke(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA,
        Plaintiff

v.

KIFAH WAEL JAYYOUSI,
        Defendant

_____/

## ORDER GRANTING IN PART
## KIFAH JAYYOUSI'S MOTION
## TO AMEND CONDITIONS OF RELEASE

Defendant, Kifah Jayyousi, has moved this Court to enter an Order amending its order setting conditions of release. This Court has determined that some relief is appropriate under 18 USCA §3142©)(3). Therefore:

IT IS HEREBY ORDERED that the ORDER REVOKING ORDER OF DETENTION AND SETTING CONDITIONS OF RELEASE, entered on January 27, 2006, is partially amended as follows:

The provision of the ORDER REVOKING ORDER OF DETENTION AND SETTING CONDITIONS OF RELEASE, requiring defendant to provide a Five Hundred Thousand ($500,000.00) Dollar corporate surety bond is rescinded. The corporate surety bond previously deposited is cancelled, and the surety is discharged from any further obligation.

In place of the corporate surety, Defendant, KIFAH WAEL JAYYOUSI, shall deposit

**SCANNED**

with the clerk of the court those properties previously pledged to secure the corporate surety together with properly executed agreements to forfeit property. Those properties shall have an aggregate value of no less than four hundred thousand ($400,000.00). That property shall be deposited on or before February 9, 2007. Failure to deposit the real estate by that date may subject the defendant to revocation of bond and return to custody.

All other conditions of the ORDER REVOKING ORDER OF DETENTION AND SETTING CONDITIONS OF RELEASE, entered on January 27, 2006, shall remain in full force and effect.

_____
MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE